JS-6

1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11   SALVADOR DELRIO,                          No.    CV 21-8732 PA
                                                      CR 18-686 PA
12              Petitioner-Defendant,
                                               JUDGMENT
13         v.

14   UNITED STATES OF AMERICA,

15              Respondent-Plaintiff.

16

17

18         Pursuant to the Court's April 5, 2022 Order granting the Government's Motion to

19   Dismiss the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody

20   pursuant to 28 U.S.C. § 2255 filed by petitioner Salvador Delrio ("Petitioner"),

21         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion

22   is denied and this action is dismissed with prejudice.

23

24   DATED: April 5, 2022            _____

25                                              Percy Anderson
                                       UNITED STATES DISTRICT JUDGE
26

27

28